UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62061-CIV-DIMITROULEAS

BRIAN KIM, and all others similarly
situated,

    Plaintiff,

vs.

BENIHANA NATIONAL CORP., a Foreign
Corporation,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Joint Motion to Approve Settlement Agreements (the "Motion") [DE 33], filed herein on February 12, 2014. The Court has carefully considered the Motion [DE 33] and the Settlement Agreements [DE 33-1; DE 33-2; 33-3] attached thereto. The Court is otherwise fully advised in the premises.

The Court finds that the Settlement Agreements [DE 33-1; DE 33-2; DE 33-3] are fair.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Motion [DE 33] is **GRANTED**;

2.     The Settlement Agreements [DE 33-1; DE 33-2; DE 33-3] are hereby **APPROVED**;

3.     The above-styled cause is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs, except as otherwise agreed to by the parties; and

4.     The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of February, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record